**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Brian WEISS, Defendant/Appellant.**

**No. ED 78624.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 28, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 2001.

Application for Transfer Denied
Nov. 20, 2001.

Stacey F. Sullivan, Assistant Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Brian Weiss (Defendant) appeals from a judgment of conviction of voluntary manslaughter, armed criminal actions, and first degree assault. Defendant alleges trial court error in refusing to instruct the jury on self-defense. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in refusing to instruct the jury on self-defense because submission of a self-defense instruction was not supported by the evidence when viewed in a light most favorable to Defendant. *State v. Crawford,* 904 S.W.2d 402, 405 (Mo.App. E.D. 1995). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).